Julie E. Van Wert, Esq. (SBN 166712)
jvanwert@londonfischer.com
David M. Berke, Esq. (SBN 228827)
dberke@londonfischer.com
**LONDON FISCHER LLP**
800 Wilshire Blvd., Suite 1550
Los Angeles, California 90017
Telephone: (213) 404-0240
Facsimile: (213) 404-0251

Attorneys for Plaintiff
MS AMLIN CORPORATE MEMBER, LTD, AS SOLE CORPORATE MEMBER OF SYNDICATE 2001

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MS AMLIN CORPORATE MEMBER LTD, AS SOLE CORPORATE MEMBER OF SYNDICATE 2001,<br><br>Plaintiff,<br><br>vs.<br><br>AMID T. BAHADORI, LAW OFFICES OF AMID T. BAHADORI, BENJAMIN SCOTT, DANA SCOTT, FARZIN HASSANZADEH, GEORGE LLAUGER, ALI REZAEI, KIMYA REZAEI, and DOES 1 through 200.<br><br>Defendants. | Case No. SA CV 20-1505-DOC<br><br>Assigned to: Hon. Judge David O. Carter<br><br>**ORDER FOR DISMISSAL WITHOUT PREJUDICE AS TO AMID T. BAHADORI AND LAW OFFICES OF AMID T. BAHADORI AND DISMISSAL WITH PREJUDICE AS TO BENJAMIN SCOTT, DANA SCOTT, FARZIN HASSANZADEH, GEORGE LLAUGER, ALI REZAEI, AND KIMYA REZAEI [26]**<br><br>Complaint filed: August 13, 2020<br>Complaint served: September 8, 2020<br>Response date: January 22, 2021 |

The Court, having reviewed the *Stipulation for Dismissal Without Prejudice as to Amid T. Bahadori and Law Offices of Amid T. Bahadori and Dismissal With Prejudice as to Benjamin Scott, Dana Scott, Farzin Hassanzadeh, George Llauger, Ali Rezaei, and Kimya Rezaei*, and good cause appearing:

/ / /

/ / /

{L0160232 1}

1

ORDER FOR DISMISSAL WITHOUT PREJUDICE AS TO AMID T. BAHADORI AND LAW OFFICES OF AMID T. BAHADORI AND DISMISSAL WITH PREJUDICE AS TO BENJAMIN SCOTT, DANA SCOTT, FARZIN HASSANZADEH, GEORGE LLAUGER AND ALI REZAEI

London Fischer LLP
800 Wilshire Blvd., Suite 1550
Los Angeles, CA 90017
(213) 404-0240

IT IS SO ORDERED:

1. The Stipulation is approved;

2. Dismissal without prejudice as to Amid T. Bahadori and Law Offices of Amid T. Bahadori is granted; and

3. Dismissal of this action with prejudice as to Benjamin Scott, Dana Scott, Farzin Hassanzadeh, George Llauger, Ali Rezaei, and Kimya Rezaei is granted.

Date: March 16, 2021

*David O. Carter*
United States District Court Judge

{L0160232 1}

2

ORDER APPROVING STIPULATION TO STAY ACTION; CONTINUE SCHEDULING CONFERENCE; AND TO EXTEND TIME TO RESPOND TO COMPLAINT FOR DEFENDANTS

*Proof of Service*
MS Amlin Corporate Member, LTD
v.
*LAW OFFICES OF AMID T. BAHADORI, et al.*
Central District of California
Case No.: 20-1505-CV-00888

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and am not a party to the within action. My business address is 800 Wilshire Blvd., Suite 1550, Los Angeles, California 90017

    On **March 16, 2021**, I served the foregoing document(s) entitled:

**[PROPOSED] ORDER FOR DISMISSAL WITHOUT PREJUDICE AS TO AMID T. BAHADORI AND LAW OFFICES OF AMID T. BAHADORI AND DISMISSAL WITH PREJUDICE AS TO BENJAMIN SCOTT, DANA SCOTT, FARZIN HASSANZADEH, GEORGE LLAUGER AND ALI REZAEI**

was/were served on the interested parties in this action by placing: [ ] the original [X] a true copy thereof, to be delivered/addressed as follows:

**SEE ATTACHED SERVICE LIST**

[X]   **(BY COURT'S CM/ECF SYSTEM)** Pursuant to Local Rule, I electronically filed the document(s) with the Clerk of the Court using the CM/ECF System, which sent notification of that filing to the parties as registered.

**Executed on March 16, 2021, at Los Angeles, California.**

[X]   **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Chadwick Cruz-Acosta  _/s/ Chadwick Cruz-Acosta_
Print/Type Name

London Fischer LLP
800 Wilshire Blvd., Suite 1550
Los Angeles, CA 90017
(213) 404-0240

{L0160232 1 }

3
PROOF OF SERVICE

# SERVICE LIST

*MS Amlin Corporate Member, LTD*
*v.*
*LAW OFFICES OF AMID T. BAHADORI, et al.*
Central District of California
Case No.: 20-1505-CV-00888

| | |
|---|---|
| Donald Henry Segretti, Esq.<br>19800 Macarthur Blvd Ste 1000<br>Irvine, CA 92612-2433<br>Tel: (949) 553-8088<br>Email: Dsegretti@aol.com<br><br>Attorney for Defendant<br>**GEORGE LLAUGER** | Bobby Samini<br>THE SAMINI FIRM APC<br>650 Town Center Drive, Suite 1700<br>Costa Mesa, California 92626<br>Tel: (949) 724.0900<br>Email: bsamini@SaminiLaw.com<br><br>Attorney for Defendants<br>**AMID T. BAHADORI and**<br>**LAW OFFICES OF AMID T. BAHADORI** |
| Douglas Oden<br>THE LAW OFFICES OF ODEN & GREENE<br>701 B St Ste 540,<br>San Diego, CA 92101<br>Tel: (619) 702-0800<br>E: dodenesq@ogtlaw.com<br><br>Attorney for Defendants<br>**BENJAMIN SCOTT and**<br>**DANA SCOTT** | David R. Krause-Leemon<br>BEAUDOIN & KRAUSE-LEEMON, LLP<br>15301 Ventura Boulevard, Bldg. B, Suite 250<br>Sherman Oaks, California 91403<br>Tel: 818.230.7469<br>E: david@bk-llaw.com<br><br>Attorney for Defendant<br>**FARZIN HASSANZADEH** |
| Tawny Mazarei<br>MAZAREI LAW GROUP<br>18881 Von Karman Ave Ste 1620,<br>Irvine, CA 92612<br>Tel: (714) 418-5797<br>E: tawny@mazareilaw.com<br>   aisha@mazareilaw.com<br>   ronak@mazareilaw.com<br><br>Attorney for Defendant<br>**ALI REZAEI** | |

London Fischer LLP
800 Wilshire Blvd., Suite 1550
Los Angeles, CA 90017
(213) 404-0240

{L0160232 1 }
4
SERVICE LIST